IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD MAURICE HUDSON, JR.,

      Petitioner,               No. CIV S-07-2262 GEB KJM P

      vs.

SACRAMENTO COUNTY MAIN JAIL,

      Respondent.            ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the requisite filing fee.

      Petitioner does not allege his conviction was obtained in violation of the federal constitution, a prerequisite for federal habeas corpus relief. See Estelle v. McGuire, 502 U.S. 62, 67-68 (1991). Instead, petitioner/plaintiff challenges the conditions of his confinement in Sacramento County Jail, challenges properly raised in a civil rights action. The filing fee for such an action is $350.00.

/////

/////

/////

1

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action.

       2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district in prisoner civil rights cases.

       3. The Clerk of the Court is directed to change the nature of suit code for this case to reflect that it is a civil rights action filed by a prisoner.

DATED: November 21, 2007.

_____
U.S. MAGISTRATE JUDGE

2/mp
huds2262.101a

2