1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10  HOWARD MAURICE HUDSON, JR.,
11           Petitioner,                      2:07-cv-2262-GEB-KJM-P
12      vs.
13  SACRAMENTO COUNTY MAIL JAIL,
14           Respondent.                      ORDER
15  _____/
16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States
18  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.
19           On February 1, 2008, the magistrate judge filed findings and recommendations
20  herein which were served on petitioner and which contained notice to petitioner that any
21  objections to the findings and recommendations were to be filed within twenty days.  Petitioner
22  has not filed objections to the findings and recommendations.
23           The court has reviewed the file and finds the findings and recommendations to be
24  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
25  ORDERED that:
26  /////

1. The findings and recommendations filed February 1, 2008, are adopted in full; and

2. This action is dismissed without prejudice.

Dated: April 4, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge